IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| TURNER SKY CHARLES PETER-SEOUN, Plaintiff, vs. HEATHER SMITH, MARC JOHNSON, and COURTNY EVENS, Defendants. | CV 18-00090-M-DLC-JCL ORDER |
|---|---|

**FILED**
SEP 26 2018
Clerk, U.S Courts
District Of Montana
Missoula Division

Plaintiff has filed a motion to dismiss this matter without prejudice. (Doc. 40.) Defendants filed a response to the motion indicating they concur in the request for dismissal and have stipulated to the dismissal of this matter without prejudice. (Doc. 41.)

ACCORDINGLY, IT IS HEREBY ORDERED that Plaintiff's Motion to Dismiss (Doc. 40) is GRANTED and the above-entitled cause of action is hereby DISMISSED WITHOUT PREJUDICE, with each party to bear his or her own costs and attorney's fees.

DATED this 26th day of September, 2018.

Dana L. Christensen, Chief District Judge
United States District Court